HONORABLE DAVID G ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| STUART CARUK, | No. 3:23-cv-05756-DGE |
|---|---|
| Plaintiff, | |
| vs. | STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL |
| GEICO GENERAL INSURANCE COMPANY, dba GEICO, | NOTE ON MOTION CALENDAR: August 7, 2024 |
| Defendant. | |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 7th day of August, 2024.

By: *s/Katherine B. White*
Katherine B. White, WSBA No. 46649
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104-3629
Phone: (206) 623-4100; Fax: (206) 623-9273
Email: white@wscd.com
Of Attorney for Defendant

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL Cause No. 3:23-cv-05756-DGE) – 1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

By: _____
Beau D. Harlan, WSBA No. 23924
The Harlan Law Firm
612 E. McLoughlin Blvd.
Vancouver, WA 98663-3368
Phone: (360) 735-8200
Email: bdh@harlanlaw.net

IT IS SO ORDERED.

DATED this 12th day of August, 2024.

_____
David G. Estudillo
United States District Judge

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL Cause No. 3:23-cv-05756-DGE) – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273